FILED

AUG 07 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | INDICTMENT  3:24 CR 286 |
| Plaintiff, | JUDGE ZOUHARY |
| v. | CASE NO.    MAGISTRATE JUDGE CLAY |
| TRISTAN BAKER, | Title 18, United States Code, Sections 922(o) and 924(a)(2) |
| Defendant. | |

COUNT 1
(Illegal Possession of a Machine Gun, 18 U.S.C. §§ 922(o) and 924(a)(2))

The Grand Jury charges:

1. On or about April 5, 2024, in the Northern District of Ohio, Western Division, Defendant TRISTAN BAKER knowingly possessed a machine gun as defined in Title 18, United States Code, Section 921(a)(24) and Title 26, United States Code, Section 5845(b), to wit: a Glock 45 9mm pistol bearing serial number BZWZ283, with an attached Glock switch, bearing no serial number, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

FORFEITURE

The Grand Jury further charges:

2. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant TRISTAN BAKER shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the violation charged in Count 1; including, but not limited to, a

ORIGINAL

Glock 45 9mm pistol bearing serial number BZWZ283, with an attached Glock switch, bearing no serial number; and ammunition seized on April 5, 2024.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.